Certificate Number: 05781-PAE-DE-027834783

Bankruptcy Case Number: 11-15793



05781-PAE-DE-027834783

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2016, at 5:20 o'clock PM PDT, Chanda Daniel-Soto completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 31, 2016                          By:      /s/Allison M Geving

                                               Name:   Allison M Geving

                                               Title:   President