**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: JERRY SOTO § | Case No. :11-bk-15793 |
| CHANDA SOTO § | |
| § | |
| Debtor(s) § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

FREDERICK L REIGLE, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 07/24/2011.

2) The plan was confirmed on 06/27/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 11/30/2011, 08/18/2016.

5) The case was completed on 09/02/2016.

6) Number of months from filing or conversion to last payment: 61.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $43,025.00.

10) Amount of unsecured claims discharged without full payment: $62,692.07.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 87,064.68 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 87,064.68 |

### Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,900.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 6,866.21 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 11,766.21 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT | Uns | 1,778.96 | 2,101.37 | 2,101.37 | 496.60 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Uns | 10,559.00 | 10,673.93 | 10,673.93 | 2,522.34 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Uns | 9,321.00 | 9,954.24 | 9,954.24 | 2,352.28 | 0.00 |
| ASSET ACCEPTANCE | Uns | 1,902.00 | 1,941.72 | 1,941.72 | 458.85 | 0.00 |
| MOMA FUNDING LLC | Uns | 238.80 | 1,098.90 | 1,098.90 | 259.69 | 0.00 |
| ALLY FINANCIAL | Uns | 4,625.00 | 5,683.29 | 5,683.29 | 1,343.03 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 988.00 | 988.91 | 988.91 | 233.69 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 139.43 | 139.43 | 32.94 | 0.00 |
| TRI STATE LENDING | Uns | 8,711.00 | 8,710.74 | 8,710.74 | 2,058.43 | 0.00 |
| BACK BOWL I LLC | Uns | 1,995.00 | 1,995.04 | 1,995.04 | 471.46 | 0.00 |
| AMERICAN INFOSOURCE LP | Uns | 5,185.00 | 5,291.63 | 5,291.63 | 1,250.48 | 0.00 |
| AMERICAN INFOSOURCE LP | Uns | 3,106.00 | 3,151.52 | 3,151.52 | 744.73 | 0.00 |
| M&T CREDIT CORPORATION | Uns | 6,670.16 | 6,910.28 | 6,910.28 | 1,632.97 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 1,243.00 | 1,243.81 | 1,243.81 | 293.93 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,087.00 | 929.99 | 929.99 | 219.79 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Sec | 237,175.00 | 254,942.38 | 54,934.10 | 54,934.10 | 0.00 |
| GEORGETTE MILLER ESQ | Lgl | 0.00 | 4,900.00 | 4,900.00 | 4,900.00 | 0.00 |
| GEORGETTE MILLER, ESQ. | Lgl | 450.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Page 3 of 5

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VACATION CHARTERS LTD | Sec | 12,643.00 | NA | NA | 0.00 | 0.00 |
| WILSHIRE CREDIT CORP | Sec | 51,471.00 | NA | NA | 0.00 | 0.00 |
| ABBINGTON TOWNSHIP | Pri | 3,297.00 | NA | NA | 0.00 | 0.00 |
| PENNSYLVANIA DEPT OF REVENUE | Pri | 800.00 | NA | NA | 0.00 | 0.00 |
| ACS INC. | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICE | Uns | 560.62 | NA | NA | 0.00 | 0.00 |
| CIRCUIT CITY | Uns | 1,248.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANC | Uns | 13,089.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Uns | 9,699.00 | NA | NA | 0.00 | 0.00 |
| EASTERN ACCOUNT SYSTEM | Uns | 1,265.77 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Uns | 858.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Uns | 8,163.00 | NA | NA | 0.00 | 0.00 |
| FULTON FRIEDMAN & GULLACE | Uns | 1,248.08 | NA | NA | 0.00 | 0.00 |
| GRIMLEY FINANCIAL CORP | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| HILLCREST DAVIDSON & ASSOC., | Uns | 1,116.00 | NA | NA | 0.00 | 0.00 |
| HSBC BEST BUY | Uns | 353.00 | NA | NA | 0.00 | 0.00 |
| ICC SYSTEMS INC. | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| JEFFRESON CAPITAL SYSTEMS, LLC | Uns | 988.91 | NA | NA | 0.00 | 0.00 |
| JEFFERSON UNIVERSITY | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Uns | 2,038.00 | NA | NA | 0.00 | 0.00 |
| MRS ASSOCIATES | Uns | 1,248.08 | NA | NA | 0.00 | 0.00 |
| NCO | Uns | 560.68 | NA | NA | 0.00 | 0.00 |
| NUDELMAN KLEMM GOLUB & | Uns | 14,546.74 | NA | NA | 0.00 | 0.00 |
| PFS GROUP | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| PROTECT AMERICA, INC. | Uns | 238.80 | NA | NA | 0.00 | 0.00 |
| THE PHILADELPHIA HAND CENTER | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| THOMAS JEFFERSON UNIVERSITY | Uns | 256.00 | NA | NA | 0.00 | 0.00 |
| UNITED BEHAVIORAL HEALTH | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| VACATION CHARTERS | Uns | 1,313.96 | NA | NA | 0.00 | 0.00 |
| WELTMAN, WEINBERG & REIS CO., | Uns | 2,459.15 | NA | NA | 0.00 | 0.00 |
| K. JORDAN | Uns | 353.28 | NA | NA | 0.00 | 0.00 |
| AMERICAN HERITAGE CREDIT | Sec | 9,129.00 | 9,203.14 | 5,000.00 | 5,000.00 | 0.00 |
| AMERICAN HERITAGE CREDIT | Uns | 1,942.00 | 9,203.14 | 4,203.14 | 993.16 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 54,934.10 | $ 54,934.10 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 5,000.00 | $ 5,000.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 59,934.10 | $ 59,934.10 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 65,017.94 | $ 15,364.37 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 11,766.21 |
| Disbursements to Creditors | $ 75,298.47 |
| **TOTAL DISBURSEMENTS:** | $ 87,064.68 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  11/17/2016          By:  /s/ Frederick L. Reigle, Esq.
                                STANDING CHAPTER 13 TRUSTEE

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)