United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jerry Soto  
Chanda Soto  
    Debtors

Case No. 11-15793-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Dec 30, 2016  
                     Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2017.  
db/jdb       +Jerry Soto,   Chanda Soto,   2355 L. Susquehanna Road,   Roslyn, PA 19001-4228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2017                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2016 at the address(es) listed below:

      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      GEORGETTE   MILLER    on behalf of Debtor Jerry  Soto info@georgettemillerlaw.com,  
       georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com  
      GEORGETTE   MILLER    on behalf of Plaintiff Jerry  Soto info@georgettemillerlaw.com,  
       georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com  
      GEORGETTE   MILLER    on behalf of Plaintiff Chanda  Soto info@georgettemillerlaw.com,  
       georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com  
      GEORGETTE   MILLER    on behalf of Joint Debtor Chanda  Soto info@georgettemillerlaw.com,  
       georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK, NATIONAL ASSOCIATION, Et Al...  
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      MARGARET   GAIRO    on behalf of Creditor    US Bank, National Association ecfmail@mwc-law.com  
      MARISA MYERS COHEN    on behalf of Creditor    US Bank, National Association mcohen@mwc-law.com  
      MICHAEL TROY FREEDMAN    on behalf of Creditor    AMERICAN HERITAGE FEDERAL CREDIT UNION  
       tfreedman@sterneisenberg.com  
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
       ecf_frpa@trustee13.com  
      THOMAS I. PULEO    on behalf of Creditor   U.S. BANK, NATIONAL ASSOCIATION, Et Al...  
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Jerry Soto and Chanda Soto  : Case No. 11−15793−sr
       Debtor(s)

***ORDER***
_____

   AND NOW, this day , December 30, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

110
Form 195